NO. 07-10-0262-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 15, 2010

MULTIPLAN, INC., APPELLANT

v.

PRINCIPAL LIFE INSURANCE CO., APPELLEE

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-541,633; HONORABLE WILLIAM C. SOWDER, JUDGE

Before CAMPBELL, HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Multiplan, Inc. and appellee Principal Life Insurance Company have filed a joint motion to dismiss this appeal because they have reached a settlement. The motion is signed by attorneys for both parties. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). Based on the agreement of the parties, costs of the appeal are taxed against the party incurring them. Tex. R. App. P. 42.1(d).

Having dismissed the appeal at the parties' request, we will not entertain a motion for rehearing and will issue our mandate forthwith.

James T. Campbell
Justice